**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                                                          Respondent,

v.

Robert Fuller,                                                                    Appellant.

_____

Appeal From Williamsburg County
Clifton Newman, Circuit Court Judge

_____

Unpublished Opinion No. 2012-UP-346
Submitted May 1, 2012 – Filed June 6, 2012

_____

**APPEAL DISMISSED**

_____

Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor Ernest A. Finney, III, for Respondent.

**PER CURIAM:** Robert Fuller appeals his guilty plea and sentence, arguing his guilty plea failed to comply with the mandates set forth in <u>Boykin v. Alabama</u>, 395 U.S. 238 (1969). After a thorough review of the record and counsel's brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.